| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Farwell Ventures Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Hook & Fade
DBA  SimGym

**3. Debtor's federal Employer Identification Number** (EIN)    **87-1022642**

**4. Debtor's address**

**Principal place of business**

**113 S Hamilton Street**
**Madison, WI 53703**
Number, Street, City, State & ZIP Code

**Dane**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    www.hookandfade.com; www.gosimgym.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Farwell Ventures Inc.** _____    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7139__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** *that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Farwell Ventures Inc.** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Farwell Ventures Inc.**  Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Farwell Ventures Inc.**  Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2023**
            MM / DD / YYYY

X **/s/ Hosung Shin**                                **Hosung Shin**
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Claire Ann Richman**                         Date **June 30, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Claire Ann Richman**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**122 W. Washington Street**
**Suite 850**
**Madison, WI 53703**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**   Email address

**1020942 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Farwell Ventures Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 117 South Hamilton LLC<br>c/o Urban Land Interests<br>10 East Doty Street Suite 300<br>Madison, WI 53703 | Urban Land Interests<br><br>(608) 251-0706 | Business Lease | | | | $30,000.00 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | American Express<br><br>(800) 492-3344 | Business Credit Card | | | | $134,763.29 |
| Blue Bridge Capital LLC<br>570 Eastern Parkway<br>Brooklyn, NY 11216 | Blue Bridge Capital LLC<br><br>(212) 444-1000 | Merchant Cash Advance | Disputed | | | $18,600.00 |
| Everest Business Funding<br>8200 Northwest 52nd Tr.<br>Second Floor<br>Miami, FL 33166 | Everest Business Funding<br><br>(800) 619-2943 | Business Loan | | | | $32,635.56 |
| Flexibility Capital Inc.<br>1501 Broadway Suite 1511<br>New York, NY 10036 | Flexibility Capital Inc.<br><br>(888) 891-6772 | Merchant Cash Advance | | | | $26,000.00 |
| Lake Ridge Bank<br>6430 Bridge Rd.<br>Madison, WI 53713 | Lake Ridge Bank<br><br>(608) 223-3000 | Bank Account Overdraft | | | | $57,739.59 |
| Madison Gas & Electric<br>PO Box 1231<br>Madison, WI 53701 | Madison Gas & Electric<br><br>(800) 245-1123 | Utilites | | | | $3,000.00 |

Debtor **Farwell Ventures Inc.**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Park Bank**<br>**1815 Greenway Cross**<br>**Madison, WI 53708** | **Park Bank**<br><br>**(608) 395-2500** | **Line of Credit** | | | | $250,000.00 |
| **ST Sauk, LLC**<br>**c/o Mid-America Real Estate LLC**<br>**600 N. Plankinton Avenue**<br>**Suite 301**<br>**Milwaukee, WI 53203** | **ST Sauk, LLC**<br><br>**(414) 273-4600** | **Business Lease** | | | | $12,000.00 |
| **Tayne Law Group, P.C.**<br>**135 Pinelawn Rd**<br>**Suite 250N**<br>**Melville, NY 11747** | **Tayne Law Group, P.C.**<br><br>**(631) 470-8204** | **Professional Services** | | | | $17,779.75 |

```
117 South Hamilton LLC
c/o Urban Land Interests
10 East Doty Street
Suite 300
Madison, WI 53703

American Express
PO Box 981535
El Paso, TX 79998

Berkovitch & Bouskila, PLLC
1545 Route 202
Suite 101
Pomona, NY 10970

Blue Bridge Capital LLC
570 Eastern Parkway
Brooklyn, NY 11216

Caroline Fuchs
1050 E. Washington Avenue
Apt 725
Madison, WI 53703

Corportion Service Company,
as Representative
PO Box 2576
Springfield, IL 62708

Elliot Pyon
15502 Hallman Grv Ct
North Potomac, MD 20878

Everest Business Funding
8200 Northwest 52nd Tr.
Second Floor
Miami, FL 33166

Flexibility Capital Inc.
1501 Broadway
Suite 1511
New York, NY 10036

Forte Bank
PO Box 270106
Hartford, WI 53027

Godfrey & Kahn SC
c/o Attorney Jordan Taylor
One East Main Street
Suite 500
Madison, WI 53703-3300
```

```
Golfzon America, Inc.
21580 Atlantic Blvd.
Ste. 130
Sterling, VA 20166

Hosung Shin
1050 E. Washington Avenue
Apt 725
Madison, WI 53703

Lake Ridge Bank
6430 Bridge Rd.
Madison, WI 53713

Leasing Services, LLC
N112 W15568 Mequon Rd
Germantown, WI 53022

Madison Gas & Electric
PO Box 1231
Madison, WI 53701

Marianna Mayer Fuchs
212 Lakewood Blvd
Madison, WI 53704-5916

Murphy Desmond S.C.
C/O Attorney Robert A. Pasch
PO Box 2038
Madison, WI 53703-2038

Park Bank
1815 Greenway Cross
Madison, WI 53708

ST Sauk, LLC
c/o Mid-America Real Estate LLC
600 N. Plankinton Avenue
Suite 301
Milwaukee, WI 53203

Tayne Law Group, P.C.
135 Pinelawn Rd
Suite 250N
Melville, NY 11747

Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1031
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Farwell Ventures Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Farwell Ventures Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2023**  
Date

**/s/ Claire Ann Richman**  
**Claire Ann Richman**  
Signature of Attorney or Litigant  
Counsel for  **Farwell Ventures Inc.**  
**STEINHILBER SWANSON LLP**  
**122 W. Washington Street**  
**Suite 850**  
**Madison, WI 53703**  
**608-630-8990 Fax:608-630-8991**