# Farwell Ventures Inc.

## Balance Sheet

As of March 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | $ -1,021.16 |
|     Other Current Assets | $91,250.00 |
| **Total Current Assets** | $90,228.84 |
|   Fixed Assets | $593,053.94 |
|   Other Assets | $2,229.28 |
| **TOTAL ASSETS** | $685,512.06 |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | $175,396.86 |
|       Other Current Liabilities | $7,739.95 |
| **Total Current Liabilities** | $183,136.81 |
|     Long-Term Liabilities | $775,000.00 |
| **Total Liabilities** | $958,136.81 |
|   Equity | $ -272,624.75 |
| **TOTAL LIABILITIES AND EQUITY** | $685,512.06 |