UNITED STATES BANKRUTPCY COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re | ) | Chapter 11, Subchapter V |
| | ) | |
| FARWELL VENTURES INC., | ) | Case No. 23-11125 |
| | ) | |
| Debtor-in-Possession. | ) | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Jerome R. Kerkman**
Kerkman & Dunn
839 Jefferson Street, Suite 400A
Milwaukee, WI 53202-3744
Phone: (414) 403-7579
jkerkman@kerkmandunn.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:   July 3, 2023                    Respectfully submitted,

                            PATRICK S. LAYNG
                            United States Trustee


                    By:    _/s/ Brian P. Thill_
                            BRIAN P. THILL
                            Attorney for the United States Trustee

Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522
Brian.P.Thill@usdoj.gov