Form ntcdef11

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In Re:

Farwell Ventures Inc.

Debtor(s).

Case Number:   3–23–11125–rmb
Chapter:   11

## NOTICE OF DEADLINE FOR FILING REQUIRED SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

To: Debtor(s) and Debtor's Attorney

Pursuant to Fed. R. Bankr. P. 1007, you must file the following documents within 14 days from the date of the filing of your petition.

- ☒ **Summary of Assets and Liabilities**
- ☒ **Schedules A/B–J**
- ☒ **Statement of Financial Affairs**
- ☒ **Attorney Fee Disclosure**

Even if the indicated document(s) are not applicable to your particular situation, they must still be filed with the notation "None" marked thereon.

Dated: 7/5/23

John G Kohler, Clerk
U.S. Bankruptcy Court