**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**In re:**

    **Farwell Ventures Inc.,**                                          **Case No. 3-23-11125**
                                                                        **Chapter 11 (Subchapter V)**

    **Debtor.**

**ORDER APPROVING SUBCHAPTER V TRUSTEE'S MOTION**
**FOR POST-PETITION SECURITY DEPOSIT**

This matter came before the Court on the motion of Jerome R. Kerkman, the subchapter V trustee in this case (the "Subchapter V Trustee'), for payment of $5,000 as a post-petition deposit for security for payment of his fees and expenses in this case.

No objections have been timely filed.  Accordingly,

IT IS ORDERED that:

1.	A post-petition deposit of $5,000 as security for the Subchapter V Trustee's fees and expenses in this case is authorized.

2.	The Subchapter V Trustee shall deposit the $5.000 into his trust account that is dedicated to cases in which he is appointed as the subchapter V trustee and which is federally insured by the FDIC up to $250,000.

3.  The Subchapter V Trustee shall hold the $5,000 post-petition deposit in his trust account until the Court approves and authorizes payment from the trust account to the Subchapter V Trustee.

4.  The Debtor is directed and authorized to pay $5,000 to the Subchapter V Trustee from the Debtor's operating account.

### # #