# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

_____

In re:  Farwell Ventures Inc.                                Case No. 3-23-11125-rmb
                                                             Chapter 11
        Debtor.

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
_____

Please take notice that Devon J. Eggert, Esq. hereby files his appearance on behalf of ST Sauk, LLC, a creditor in the above-captioned case, and files a Request for Notices and requests to be added to the master mailing list.  ST Sauk, LLC hereby requests that notice of all matters which may come before the Court be served upon the following address:

> Devon J. Eggert, Esq.
> Counsel for ST Sauk, LLC
> Beck, Chaet, Bamberger & Polsky, S.C.
> 330 East Kilbourn Avenue, Suite 1085
> Milwaukee, WI  53202
> Phone:  414-390-5928
> Fax:  414-273-7786
> Email:  deggert@bcblaw.net

The following requests includes the notices and papers referred to in the Federal Rules of Bankruptcy Procedure 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before this Court in this case.

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review

by a District Court judge; (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related hereto; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, to which ST Sauk, LLC is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated this 12th day of July, 2023.

> BECK, CHAET, BAMBERGER & POLSKY, S.C.
> Attorneys for Creditor, ST Sauk, LLC
>
> By: /s/ Devon J. Eggert
> Devon J. Eggert, Esq.
> State Bar No. 1119878
> 330 East Kilbourn Avenue, Suite 1085
> Milwaukee, WI  53202
> Telephone: 414-390-5928
> Fax: 414-273-7786
> E-mail: deggert@bcblaw.net

## CERTIFICATE OF SERVICE

I, Devon J. Eggert, Esq., hereby certify that I have served a copy of the foregoing Notice of Appearance and Request for Notices by ECF Notice of Electronic Filing this 12th day of July, 2023.

> /s/ Devon J. Eggert
> Devon J. Eggert, Esq.

2