## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In re:

Farwell Ventures, Inc.

Case No. 23-11125
Chapter 11 (Subchapter V)

Debtor.

### FARWELL VENTURES, INC.'S OBJECTION
### TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY AND ABANDONMENT

Farwell Ventures Inc., the debtor herein (the "**Debtor**"), by its attorneys, Steinhilber Swanson LLP, hereby objects to the Motion for Relief from Automatic Stay and Abandonment filed by 117 South Hamilton LLC on August 10, 2023 ("**Motion for Relief**") [Doc 62]. In support of its objection, the Debtor states as follows:

### Background

1. On June 30, 2023, (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 Title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Western District of Wisconsin, and elected to proceed under Subchapter V.

2. The Debtor is operating its business and managing its properties as a debtor in possession. *See* 11 U.S.C. § 1184.

3. The Debtor and 117 South Hamilton LLC ("**117 South Hamilton**") are parties to a nonresidential lease agreement dated July 6, 2021 (the "**Lease**")

pursuant to which the Debtor leases the premises located at 113 South Hamilton Street, Madison, Wisconsin (the "**Leased Premises**"), from 117 South Hamilton.

4. The Debtor operates a virtual golf and lounge business, known as Hook & Fade, at the Leased Premises.

## Objection

5. It would be detrimental to the estate's efforts to reorganize if the Court were to grant the Motion for Relief as the Leased Premises are the Debtor's primary business location, which the Debtor uses to generate income. The Leased Premises are necessary to the Debtor's continued operations, and an integral part of its ongoing efforts to propose a plan of reorganization for the benefit of the estate and *all* the Debtor's creditors.

6. Due to the nature of its business, during the summer months, the Debtor's income is typically reduced as patrons of Hook & Fade golf at outdoor golf courses. The Debtor expects its income to increase during the fall and winter as outdoor golf courses close for the season and expects to have sufficient cash flow to pay its post-petition expenses as they come due.

7. The Debtor has reinstated its commercial general liability insurance policy which covers the Leased Premises in the form of "an occurrence basis policy, including contractual liability coverage, with minimum coverages of $2,000,000 per occurrence[,]"

8. With respect to the Debtor using the Leased Premises for any other purpose other than "screen golf," the Debtor submits that it will not hold another

theme night with a DJ/Musical Act that would produce sound or music to be audible from outside the Leased Premises, or would exceed "reasonable noise levels" that could disturb residents living above the Leased Premises, or any other similar activity that would violate the terms of the Lease.

9. More importantly, it is the Debtor's understanding that it has a verbal agreement with 117 South Hamilton agreeing that through April 1, 2024, its monthly lease payments for the Leased Premises are $2,000.00, which amounts include the common area maintenance.

10. The Debtor submits that 117 South Hamilton's interests are protected since the Leased Premises are insured, and any missed monthly lease payments are temporary. Allowing the Debtor to continue its operations in the Leased Premises will allow the Debtor to reorganize its business operations for the benefit of its estate and its creditors, including 117 South Hamilton.

11. The Debtor does not intend to file a responsive brief or supporting affidavits in connection with this Objection at this time, but reserves the right to file responsive briefs, supporting affidavits, or other pleadings in further support of this Objection if necessary.

WHEREFORE, Farwell Ventures Inc. respectfully requests the Court to set a hearing on this matter, deny the Motion for Relief, and grant any other relief as the Court deems just and appropriate.

Dated this 24th day of August, 2023.   **STEINHILBER SWANSON LLP**
**Attorneys for Debtor, Farwell**
**Ventures Inc.**

By:   */s/ Eliza M. Reyes*
Claire Ann Richman
Eliza M. Reyes
122 W. Washington Avenue, Suite 850
Madison, WI 53703
Tel: (608) 630-8990; Fax: (608) 630-8991
crichman@steinhilberswanson.com
ereyes@steinhilberswanson.com